RAPPAPORT, Respondent, v. METROPOL-ITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Samuel Rappaport against the Metropolitan Street Railway Company. T. H. Lord, for appellant. C. C. Sanders, for respondent. No opinion. Judgment and order affirmed, with costs.

REICH, Respondent, v. COCHRAN et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Lorenz Reich against Eva S. Cochran and others. J. L. Bishop, for appellants. W. H. Peckham, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 1140, and 69 N. Y. Supp. 1144.

REISS, Appellant, v. TOWN OF PELHAM, Respondent. WEBER, Appellant, v. SAME, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Actions by August Reiss and Charles Weber against the town of Pelham. No opinion. Orders settled and signed.

RHATIGAN, Respondent, v. BATTALORA, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Michael Rhatigan, an infant, by his guardian ad litem, Thomas Rhatigan, against Tillie Battalora. No opinion. Order affirmed, with $10 costs and disbursements.

RICE, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Emma A. Rice against the Metropolitan Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

McLENNAN, J., dissents.

ROBINSON, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Abraham Robinson, as administrator, against the Dry Dock, East Broadway & Battery Railroad Company. C. F. Brown, for appellant. J. Manheim, for respondent. No opinion. Judgment and order affirmed, with costs.

ROBINSON, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Frederick S. Robinson against the Manhattan Railway Company and another. A. A. Wheat, for appellants. H. A. Forster, for respondent. No opinion. Judgment affirmed, with costs.

ROCHE, Appellant, v. MORGAN, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Edward T. Roche against William F. Morgan. J. J. Green, for appellant. F. E. Blackwell, for respondent. No opinion. Judgment affirmed, with costs.

ROCKWELL, Respondent, v. PALMER, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Susie F. Rockwell against Francis A. Palmer. H. B. Twombly, for appellant. R. S. Ransom, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROEDELSBERGER, Respondent, v. ROSENBERG, Appellant. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Carl Roedelsberger against Anna Rosenberg. G. W. Gallinger, for appellant. W. T. Goldbeck, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re ROGERS. (Supreme Court, Appellate Division, Second Department. July 1, 1902.) In the matter of the application of Robert Fletcher Rogers for leave to practice as an attorney and counselor at law in the courts of this state. No opinion. Application granted.

In re ROSE. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) In the matter of the judicial settlement of the accounts of Peter Rose, as executor of the last will and testament of Philip B. Rose, deceased. No opinion. Decree unanimously affirmed, with costs, on opinion of surrogate. 71 N. Y. Supp. 172.

ROURKE et al. v. ELK DRUG CO. et al. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by John H. Rourke and others against the Elk Drug Company and others. No opinion. Interlocutory judgment reversed, with costs, and demurrer overruled, with costs, with usual leave to answer over on payment of costs, on opinion in Rourke v. Drug Co. (decided this term) 77 N. Y. Supp. 373.

RUSSETT, Respondent, v. TOWN OF CARROLLTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3.